MICHAEL J. HURLEY  SBN: 153174
Law Offices of Moga & Hurley
9121 Haven Avenue, Suite 130
Rancho Cucamonga, CA 91730
Telephone:  (909) 948-7282
Facsimile:   (909) 948-7292
E-Mail:       Mogahurley@aol.com

Attorney for Plaintiff:
MARK J. THUN

FILED
CLERK, U.S. DISTRICT COURT
JAN 6 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                                     DEPUTY

# UNITED STATES DICTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MARK J. THUN, <br> Plaintiff, <br> vs. <br> MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY <br> Defendants. | No. EDCV – 11-2329 E <br><br> (~~PROPOSED~~) ORDER AWARDING EAJA ATTORNEY FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of Three Thousand Five Hundred Dollars ($3,500.00) subject to the terms of the stipulation.

Dated: 1/6/12

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

ORDER FOR EAJA FEES