MICHAEL J. HURLEY  SBN: 153174
Law Offices of Moga & Hurley
9121 Haven Avenue, Suite 130
Rancho Cucamonga, CA 91730
Telephone:  (909) 948-7282
Facsimile:   (909) 948-7292
E-Mail:      Mogahurley@aol.com

Attorney for Plaintiff:
MARK J. THUN

FILED
CLERK, U.S. DISTRICT COURT
JAN 6 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DICTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

MARK J. THUN,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY

    Defendants.

No. EDCV – 11-2329 E

(PROPOSED) ORDER AWARDING EAJA ATTORNEY FEES

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of Three Thousand Five Hundred Dollars ($3,500.00) subject to the terms of the stipulation.

Dated: 1/6/12

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

ORDER FOR EAJA FEES